**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Keyon Edsel Devonta Prophet, Appellant.

Appellate Case No. 2023-000752

_____

Appeal From Richland County
Jocelyn Newman, Circuit Court Judge

_____

Unpublished Opinion No. 2025-UP-116
Submitted March 1, 2025 – Filed April 2, 2025

_____

**APPEAL DISMISSED**

_____

Appellate Defender Jessica M. Saxon, of Columbia, for Appellant.

Attorney General Alan Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

_____

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and GEATHERS and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.